IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0594

_____

IN THE MATTER OF

A.J.K., J.S.K., M.S.K. and R.A.-H.K.,                    O R D E R

Youths in Need of Care.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Randal I. Spaulding, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2024